## CAREW V. BOND.

Action of *indebitatus assumpsit* will not lie where there is a written agreement, but an action on the agreement.

ERROR to reverse a judgment of a justice, in an action of *indebitatus assumpsit*, upon a written agreement; which was, that in case the plaintiff should be reduced to want, the defendant would let him have the improvement of twenty-six acres of land or £26 in money; that he was reduced to want and the defendant had let him have neither, and thereupon he became liable and assumed, etc.

There were long special pleadings, which terminated in a demurrer, and judgment was for the plaintiff to recover, and now the judgment is reversed.

By the COURT. Where the parties have entered into a particular written agreement respecting any matter, the remedy for any breach is upon the agreement; and not by action of *indebitatus assumpsit.*